Michael A. Garabed (SBN 223511)
**REED SMITH LLP**
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone:  310.734.5200
Facsimile:   310.734.5299

Attorneys for DUSA Pharmaceuticals, Inc. and
Queen's University at Kingston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSA PHARMACEUTICALS, INC., a New Jersey corporation; and QUEEN'S UNIVERSITY AT KINGSTON, a Canadian academic organization., <br><br>                    Plaintiffs, <br><br>       vs. <br><br>SKIN DEEP d/b/a SKIN DEEP DERM & LASER, a California company; and BIPIN PATEL, M.D., a California citizen, personally and including his marital estate, <br><br>                    Defendants. | No.:  05-CV-01482 AWI (SMS) <br><br> **CONSENT JUDGMENT** |

**CONSENT JUDGMENT**

   Plaintiffs DUSA Pharmaceuticals, Inc.® ("DUSA") and Queen's University at Kingston ("Queen's University") (collectively "Plaintiffs") and Defendants Skin Deep d/b/a Skin Deep Derm & Laser ("Skin Deep"), and Bipin Patel, M.D. ("Dr. Patel"), personally and including his

marital estate, collectively ("Defendants") having agreed to a settlement of the matters at issue between them, hereby agree and consent to judgment as follows:

Plaintiffs' above-captioned complaint is a civil action for patent infringement of United States Patent Nos. 6,710,066 ("the '066 patent") and 5,955,490 ("the '490 patent") under 35 U.S.C. §271(a).

Defendants admit each of the allegations contained in the above-captioned complaint, specifically those allegations contained in paragraphs 1 through 15.

Defendants admit that they practice medicine, advertises the practice, unfairly competes with DUSA, and as part of that practice, infringes the '066 patent and the '490 patent.

Defendants accordingly consent and agree to be permanently enjoined from infringing United States Patent No. 6,710,066 during the life of that patent, and in furtherance thereof will not use aminolevulinic acid containing drug products from a source other than DUSA for treatment of actinic keratosis.

Defendants consent and agree to be permanently enjoined from infringing United States Patent No. 5,955,490 during the life of that patent, and in furtherance thereof will not use aminolevulinic acid containing drug products from a source other than DUSA to treat patients for acne.

Defendants further consent and agree to make available for inspection by Plaintiffs Defendants' books and/or other records likely to establish whether Defendants are in compliance with the terms of the Consent Judgment as set forth herein.  Defendants shall make their books and/or other records available for inspection by Plaintiff on request no more often than once per year on reasonable notice, with the expense of inspection to be bourn by Plaintiffs, unless such inspection reveals that Defendants are not in compliance with the consent judgment, in which case the expense will be borne by Defendants.  Such inspection shall include appropriate safeguards for patient confidentiality.

Defendants consent and agree that Plaintiffs shall have the absolute right to enforce any and all terms of this Consent Judgment by and through any means permitted under statutory and/or common law.

Plaintiffs consent and agree to waive the entry of any monetary award in their favor and to forego reimbursement by Defendants for attorney fees and costs, provided that Defendants comply with each of the terms and conditions of this Consent Judgment as set forth herein. Defendants also consent and agree that in the event Defendants fails to comply with any or all terms of this Consent Judgment, Plaintiffs shall have the absolute right to obtain from Defendants awards previously waived, and all fees and costs associated with bringing the above-captioned action and from enforcing compliance with this Consent Judgment.

We consent to this Judgment:

| | |
|---|---|
| PLAINTIFFS DUSA PHARMACEUTICALS, INC. and QUEEN'S UNIVERSITY AT KINGSTON | DEFENDANT BIPIN PATEL, MD |
| | __/s/ Bipin Patel_____ |
| _/s/ Michael A. Garabed_____ | Defendant Bipin Patel, MD |
| Michael A. Garabed (SBN 223511) | |
| **REED SMITH LLP** | Dated:  December 15, 2005 |
| 1901 Avenue of the Stars, Suite 700 | |

| | |
|---|---|
| Los Angeles, CA 90067 | |
| Telephone: 310.734.5200 | DEFENDANT SKIN DEEP d/b/a/ SKIN DEEP DERM & LASER |
| Facsimile: 310.734.5299 | |
| Attorneys for DUSA Pharmaceuticals, Inc. and Queen's University at Kingston | |
| | |
| William J. McNichol, Jr. | By: _/s/ Bipin Patel_____ |
| Maryellen Feehery | Name: Dr. Bipin Patel, MD |
| Valerie Brand Pipano | Title: M.D. |
| Reed Smith LLP | Date: December 15, 2005 |
| 2500 One Liberty Place | |
| 1650 Market Street Philadelphia, PA 19103 | |
| (215) 851-8100 | |
| Attorneys for Plaintiffs | |

Dated: December 16, 2005

### ORDER

IT IS SO ORDERED.

**Dated:   January 11, 2006**            /s/ Anthony W. Ishii
9h0d30                      UNITED STATES DISTRICT JUDGE