1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **EASTERN DISTRICT OF CALIFORNIA**
8
9
10  **DUSA PHARMACEUTICALS, INC. and** )        **CIV-F-05-1482 AWI SMS**
    **QUEEN'S UNIVERSITY AT**          )
11  **KINGSTON,**                      )
                                       )        **ORDER RE: PARTIES'**
12              **Plaintiffs**,        )        **STIPULATION TO CONTINUE**
                                       )        **HEARING**
13      **v.**                         )
                                       )
14  **SKIN DEEP dba SKIN DEEP DERM &** )
    **LASER and BIPIN PATEL, MD,**     )
15                                     )
                **Defendants**.        )
16  _____ )
17
18          A hearing on Plaintiffs' motion for civil contempt was scheduled for June 11, 2007 at
19  1:30 PM.  The parties have stipulated to continuing the hearing until July 23, 2007, setting a
20  deadline of July 19, 2007 for submission of additional evidence. Doc. 21.  Four days is
21  insufficient time for the court to review additional evidence.  The hearing is rescheduled for July
22  23, 2007 at 1:30 PM and any additional evidence must be submitted by 4 PM, July 17, 2007.
23
24  IT IS SO ORDERED.
25  **Dated:    June 12, 2007**                    _____/s/ Anthony W. Ishii_____
                                                   UNITED STATES DISTRICT JUDGE
26
27
28

1